E-FILED
Friday, 06 January, 2012 10:23:51 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TYRONE WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 11-CV-3126 |
| | ) | |
| DR. GERST, | ) | |
| | ) | |
| Defendants, | ) | |

## CASE MANAGEMENT ORDER

SUE E. MYERSCOUGH, U.S. District Judge:

Plaintiff, currently incarcerated in Western Illinois Correctional Center, pursues claims arising from alleged forced medication. This case is set for a conference on January 9, 2012, but the conference will be cancelled as unnecessary. Defendant has been served and has appeared through counsel, and there are no pending issues to discuss.

IT IS THEREFORE ORDERED:

1) The status conference set for January 9, 2012, is cancelled. The clerk is directed to notify Plaintiff's prison of the cancellation.

1

2) Defendant's Answer is due February 21, 2012.

3) Within 45 days of the entry of this order, the parties shall provide to each other the initial disclosures described in Fed. R. Civ. P. 26(a)(1)(i)-(ii).

4) Plaintiff shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by March 1, 2012.

5) Defendants shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by April 2, 2012.

6) Discovery closes July 16, 2012.

7) Dispositive motions are due August 13, 2012.

8) Plaintiff's incarceration limits him to written discovery. Written discovery must be served on a party at least 30 days before the discovery deadline. Discovery requests and responses are not filed with the court, unless there is a dispute regarding such discovery. See CDIL-LR 26.3. Motions to compel discovery must be accompanied by the relevant

portions of the discovery request and the response. Additionally, except for good cause shown, motions to compel must be filed within 14 days of receiving an unsatisfactory response to a timely discovery request.

9) A final pretrial conference is scheduled for May 6, 2013, at 1:30 p.m.. Defendants' counsel shall appear in person. Plaintiff shall appear by video. The parties are directed to submit an agreed, proposed final pretrial order at least one week before the final pretrial conference.

10) The jury trial is scheduled for May 21, 2013, at 9:00 a.m. before this Court in Springfield, Illinois.

ENTERED: <u>  January 6, 2012  </u>

FOR THE COURT:

<u>           s/Sue E. Myerscough           </u>
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE